SEALED

FILED
MAR 18 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:11-MJ-0082 DAD

| UNITED STATES, | ) | Case No. |
| --- | --- | --- |
| Plaintiff, | ) | **UNDER SEAL** |
| v | ) | ORDER SEALING DOCUMENTS |
| [SEALED], | ) | |
| Defendant. | ) | |

O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Government's Criminal Complaint, including the incorporated Affidavit, and the Arrest Warrants in this case shall be **SEALED** until further order of this Court.

**IT IS SO ORDERED.**

DATED: 3/18/11

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE