**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:mbigelow6401@sbcglobal.net
Attorney for Defendant
Nicholas Ramirez

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S 11-190 GGH/MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER MODIFYING |
| ) | CONDITIONS OF RELEASE |
| vs. ) | |
| ) | ORDER |
| NICHOLAS RAMIREZ, ) | |
| TIFFANY BROWN ) | |
| ) | |
| Defendant ) | |

By this Court's previous order the above named defendants were ordered, as a condition of their pre-trial release, to have no contact with each other. Both defendants have been indicted for serious drug offenses, carrying with them the potential of lengthy sentences. However, Ms. Brown is pregnant with Mr. Ramirez' child. Mr. Ramirez and Ms. Brown must be able to meet with each other to discuss their uncertain future, the impact it might have on their unborn child, and to agree on a potentially life altering course of action.

-1-

Accordingly, the parties stipulate and agree that this Court's previous order may be modified to permit the defendants to have contact with each other. The order that they not discuss any aspect of the pending matter unless in the presence of their respective attorneys remains in full force and effect.

**ORDER**

PURSUANT TO STIPULATION between the parties, Nicholas Ramirez and Tiffany Brown, defendants herein may have contact with each other but that during that contact may not discuss any aspect of this case unless in the company of their respective attorneys.

**IT IS SO STIPULATED**

/S/ JASON HITT
Jason Hitt, Esq.,                               Dated: June 3, 2011
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                           Dated: June 3, 2011
Michael B. Bigelow
Attorney for Defendant
Nicholas Ramirez


/S/DINA SANTOS                                  Dated: June 3, 2011
Dina Santos
Attorney for Defendant
Tiffany Brown

**ORDER**

**IT IS ORDERED** that pursuant to stipulation and for good cause shown the conditions of no contact be modified as stated above.

DATED:  June 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE