1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   TIFFANY BROWN
6

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,      ) No. 2:11-cr-00190-MCE
                                  )
12              Plaintiff,        )
                                  ) (Amended) STIPULATION AND ORDER
13      v.                        ) VACATING DATE, CONTINUING CASE,
                                  ) AND EXCLUDING TIME
14 NICHOLAS RAMIREZ and           )
   TIFFANY BROWN,                 )
15              Defendants.       ) Date   August 25, 2011
                                  ) Time:  9:00 a.m.
16 _____) Judge: Hon. England

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant Tiffany Brown; Attorney Michael Bigelow,

21 Counsel for Nicholas, that the status conference scheduled for June 23,

22 2011, be vacated and the matter be continued to this Court's criminal

23 calendar on August 25, 2011, at 9:00 a.m. for further status.

24      This continuance is requested by the defense in order to permit

25 counsel to continue in negotiations with the prosecution in attempt to

26 reach a resolution, meet with the clients to discuss various

27 resolutions, and to review discovery.

28

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4  ends of justice served in granting the continuance and allowing the
5  defendant further time to prepare outweigh the best interests of the
6  public and the defendant in a speedy trial.
7    The Court is advised that all counsel have conferred about this
8  request, that they have agreed to the August 25, 2011 date, and that
9  all counsel have authorized Ms. Santos to sign this stipulation on
10 their behalf.
11    **IT IS SO STIPULATED**.
12 Dated: June 20, 2011                /S/ Dina L. Santos
                                       DINA L. SANTOS
13                                     Attorney for
                                       Tiffany Brown
14

15 Dated: June 20, 2011                /S/ Michael Bigelow
                                       MICHAEL BIGELOW
16                                     Attorney for
                                       Nicholas Ramirez
17

18 Dated: June 20, 2011                /S/ Jason Hitt
                                       JASON HITT
19                                     Assistant United States Attorney
                                       Attorney for Plaintiff
20

21                          **O R D E R**

22    **IT IS SO ORDERED**.

23  Dated: June 21, 2011

24
25                                     _____
                                       MORRISON C. ENGLAND, JR.
26                                     UNITED STATES DISTRICT JUDGE

27

28

Stipulation and Order              2