1

2

3   DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
4   428 J Street, 3rd Floor
    Sacramento, California 95814
5   Telephone: (916) 447-0160

6

7   Attorney for Defendant
    TIFFANY BROWN

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        ) No. 2:11-cr-00190 MCE
                                     )
14                  Plaintiff,       )
                                     ) STIPULATION AND ORDER VACATING
15        v.                         ) DATE, CONTINUING CASE, AND
                                     ) EXCLUDING TIME
16  NICHOLAS RAMIREZ                 )
    TIFFANY BROWN,                   )
17                  Defendants.      ) Date      October 27, 2011
                                     ) Time:     9:00 a.m.
18  _____ ) Judge:    Hon. England

19

20       **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L.

22  Santos, Counsel for Defendant Tiffany Brown; Attorney Michael Bigelow,

23  Counsel for Nicholas, that the status conference scheduled for August

24  25, 2011, be vacated and the matter be continued to this Court's

25  criminal calendar on October 27,2011,at 9:00 a.m. for further status.

26  ///

27  ///

28  ///

1    This continuance is requested by the defense in order to permit

2  counsel to continue in negotiations with the prosecution in attempt to

3  reach a resolution, meet with the clients to discuss various

4  resolutions, and to review continue the defense investigation.

5    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

6  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

7  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

8  ends of justice served in granting the continuance and allowing the

9  defendant further time to prepare outweigh the best interests of the

10  public and the defendant in a speedy trial.

11    The Court is advised that all counsel have conferred about this

12  request, that they have agreed to the October 27, 2011 date, and that

13  all counsel have authorized Ms. Santos to sign this stipulation on

14  their behalf.

15    **IT IS SO STIPULATED.**

16  Dated: Aug. 22, 2011          /S/ Dina L. Santos
                                  DINA L. SANTOS
17                                Attorney for
                                  Tiffany Brown
18
     Dated: Aug 22, 2011          /S/ Michael Bigelow
19                                MICHAEL BIGELOW
                                  Attorney for
20  Dated: Aug. 22, 2011          /S/ Jason Hitt
                                  JASON HITT
21                                Assistant United States Attorney
                                  Attorney for Plaintiff
22
                         **O R D E R**
23

24    **IT IS SO ORDERED.**

     Dated: August 24, 2011
25

26

27  _____
     MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE
28