**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com
Attorney for Defendant
Nicholas Ramirez

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff,         )<br>                             )<br>    vs.                      )<br>                             )<br>NICHOLAS RAMIREZ,            )<br>TIFFANY BROWN                )<br>                             )<br>         Defendant           )<br>_____) | Case No. Cr.S 11-190 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS AND EXCLUDING<br>TIME; ORDER |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Tiffany Brown; Attorney Michael Bigelow, Counsel for Defendant Nicholas Ramirez, that the status conference scheduled for October 27, 2011 at 9:00 AM, be vacated and the matter be continued to this Court's criminal calendar on January 26 2012, at 9:00 a.m. for further status.

///

///

///

-1-

This continuance is requested by the defense in order to permit counsel to continue in negotiations with the prosecution in an effort to reach resolution and to prepare for defense of this case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial. The Court is advised that all counsel have conferred about this request, that they have agreed to the January 26, 2012 date, and that all counsel have authorized Mr. Bigelow to sign this stipulation on their behalf.

**IT IS SO STIPULATED**

/S/ JASON HITT
Jason Hitt, Esq.,                              Dated: October 24, 2011
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                          Dated: October 24, 2011
Michael B. Bigelow
Attorney for Defendant
Nicholas Ramirez

1 | /S/DINA SANTOS                                    Dated: October 24, 2011
Dina Santos
2 | Attorney for Defendant
Tiffany Brown
3

4

5
**ORDER**
6

7 | **IT IS SO ORDERED**

8 | Dated:   October 27, 2011

9 | _____

10 | MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-3-