DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
TIFFANY BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-00190-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| NICHOLAS RAMIREZ ) | |
| TIFFANY BROWN, ) | |
| Defendants. ) | Date   June 7, 2012 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Tiffany Brown; Attorney Michael Bigelow, Counsel for Nicholas Ramirez, that the status conference scheduled for March 29, 2012, be vacated and the matter be continued to this Court's criminal calendar on June 7, 2012, at 9:00 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution, meet with the clients to discuss various resolutions, and to continue the defense investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the June 7, 2012 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: June 7, 2012        /S/ Dina L. Santos
                           DINA L. SANTOS
                           Attorney for
                           Tiffany Brown

Dated: June 7, 2012        /S/ Michael Bigelow
                           MICHAEL BIGELOW
                           Attorney for
                           Nicholas Ramirez

Dated: June 7, 2012        /S/ Jason Hitt
                           JASON HITT
                           Assistant United States Attorney
                           Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE