1  **MICHAEL B. BIGELOW**
   **Attorney at Law**
2  State Bar No. 65211
   331 J Street, Suite 200
3  Sacramento, CA 95814
   Telephone: (916) 443-0217
4  Email:LawOffice.mbigelow@gmail.com

5  Attorney for Defendant
   Nicholas Ramirez

6
                    **IN THE UNITED STATES DISTRICT COURT**
7
                **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
8

9
   UNITED STATES OF AMERICA,        )  Case No. Cr.S 12-mj-00102-GGH
10                                  )
              Plaintiff,            )  STIPULATION AND ORDER
11                                  )  CONTINUING PREIMINARY
        vs.                        )  EXAMINATION
12                                  )
   NICHOLAS RAMIREZ,               )
13                                  )  Date:  May 14, 2012
              Defendant           )  Time:  2:00 PM
14                                  )  Court: KJN
                                    )
15  _____ )  ORDER (Proposed)

16
          **IT IS HEREBY STIPULATED** by and between Assistant United
17
   States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney
18
   Michael Bigelow, Counsel for Nicholas Ramirez, that the
19
   preliminary hearing scheduled for May 4, 2012 at 2:00 PM, be
20
   vacated and the matter be continued to May 14, 2012 at 200 PM.
21
   For preliminary hearing
22
23        This continuance is necessary because defendant Ramirez is

24  in Oklahoma on the related matter and will not be able to return

25  by be the presently scheduled date for hearing.

                                  -1-

1    **IT IS SO STIPULATED**

2

3    /S/ JASON HITT
     Jason Hitt, Esq.,                        Dated: May 3, 2012
     Assistant United States Attorney
4    Attorney for Plaintiff

5

6
     /S/MICHAEL B. BIGELOW                     Dated: May 3, 2012
7    Michael B. Bigelow
     Attorney for Defendant
8    Nicholas Ramirez

9

10
                                    **ORDER**
11

12   **IT IS SO ORDERED**

13
     **Date:   5/3/2012**
14

15                                  _____
                                    KENDALL J. NEWMAN
16                                  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25