**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Nicholas Ramirez

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S 11-190-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING PREIMINARY |
| vs. ) | EXAMINATION |
| ) | |
| NICHOLAS RAMIREZ, ) | Date:  May 22, 2012 |
| ) | Time:  2:00 PM |
| Defendant ) | Court: GGH |
| ) | |
| ) | ORDER |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Michael Bigelow, Counsel for Nicholas Ramirez, that the preliminary hearing scheduled for May 14, 2012 at 2:00 PM, be vacated and the matter be continued to May 22, 2012 at 200 PM. For preliminary hearing

This continuance is necessary because defendant Ramirez has just returned from Oklahoma and his relationship to his employers is tentative.  As noted, the matter has been discussed with the government and he has graciously agreed to this

-1-

continuance. This continuance will also permit Mr. Ramirez to be arraigned at the same time as the codefendants in this case.

**IT IS SO STIPULATED**

```
/S/ JASON HITT
Jason Hitt, Esq.,                          Dated: May 10, 2012
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                      Dated: May 10, 2012
Michael B. Bigelow
Attorney for Defendant
Nicholas Ramirez
```

**ORDER**

**IT IS SO ORDERED**

DATED:  May 15, 2012


```
/S/ Gregory G. Hollows
Hon. Gregory G. Hollows
Magistrate Judge
```