```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )  Case No. 2:11-cr-00190-MCE
                                   )
11           Plaintiff,            )
                                   )
12       v.                        )  NOTICE OF RELATED CASES AND ORDER
                                   )  REASSIGNING CRIMINAL MATTER
13  NICHOLAS RAMIREZ, aka "White   )
    Boy Nick," et al.,             )  [Local Rules 123(a)(4), 123(c)]
14                                 )
             Defendants.           )
15                                 )
                                   )
16                                 )
    _____)
17
18  UNITED STATES OF AMERICA,      )  Case No. 2:12-cr-00169-WBS
                                   )
19           Plaintiff,            )
                                   )
20       v.                        )
                                   )
21  MICHAEL LOTT, aka "Miami the   )
    Most," et al.,                 )
22                                 )
             Defendants.           )
23                                 )
    _____)
24
25  ///
26  ///
27  ///
28  ///
```

1

1    The United States of America, by and through Assistant United States Attorney Jason Hitt, notices the Court and the Clerk of the Court that the matter of <u>United States v. Ramirez, et al.</u>, Case No. 2:11-cr-0190 MCE ("the <u>Ramirez</u> Indictment"), is related to the case <u>United States v. Lott, et al.</u>, Case No. 2:12-cr-0169 WBS ("the <u>Lott</u> Indictment").  As a result, the case of <u>United States v. Lott, et al.</u>, Case No. 2:11-cr-0169 WBS, should be reassigned to the Honorable Morrison C. England, Jr. based upon the authority set forth below.

    The matters are related within the meaning of Eastern District of California Local Rule 123(a)(4).  In particular, the Superseding Indictment in <u>United States v. Ramirez, et al.</u>, Case No. 2:11-cr-0190 MCE, charges Nicholas RAMIREZ and a large number of defendants with a large-scale conspiracy to distribute and possess with intent to distribute MDMA and marijuana between July 1, 2008, and April 19, 2012.  The underlying investigation in the <u>Ramirez</u> Indictment began with undercover drug purchases from the lead defendant in the <u>Lott</u> Indictment.  The purchases from the defendants in the <u>Lott</u> Indictment led to wiretaps issued by the Honorable Morrison C. England, Jr. on March 18, 2010, July 21, 2010, and August 10, 2010, in sealed wiretap Case No. 2:10-SW-0100 MCE.  The investigation and wiretap evidence in the <u>Lott</u> Indictment led directly to the evidence underlying the <u>Ramirez</u> Indictment.  The discovery, evidence, and witnesses in the <u>Lott</u> Indictment and the <u>Ramrirez</u> Indictment involve the same core nucleus of facts.

///
///
///

For example, evidence supporting Counts Twenty through Forty-Two in the <u>Lott</u> Indictment and Counts Six through Twenty-Three in the <u>Ramirez</u> Indictment arise from wiretaps authorized by the Honorable Morrison C. England, Jr. in sealed Case No. 2:10-SW-0100 MCE.

For these reasons, the two matters are related within the meaning of Local Rule within the meaning of Local Rule 123(a)(4). In addition, any guilty plea, trial, or sentencing of a defendant in either cases will require a knowledge and familiarity with both sets of defendants and the overlapping evidence from the wiretaps and controlled purchases conducted during each case.  The matters are therefore related because assignment of these actions to a single Judge is likely to effect a savings of judicial effort.

The United States therefore respectfully requests that this Honorable Court (1) relate the criminal Indictment in <u>United States v. Lott, et al.</u>, Case No. 2:12-cr-0169 WBS, to the pending Superseding Indictment in <u>United States v. Ramirez, et al.</u>, Case No. 2:11-cr-0190 MCE, and (2) pursuant to Local Rule 123(c) order the Clerk's Office to reassign the Indictment in <u>United States v. Lott, et al.</u>, Case No. 2:12-cr-0169 WBS, to the Honorable Morrison C. England, Jr.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 10, 2012        By:    /s/Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Lott, et al.</u>, Case No. 2:12-cr-0169 WBS, is related to the Criminal Case captioned <u>United States v. Ramirez, et al.</u>, Case No. 2:11-cr-0119 MCE, and the wiretaps issued in sealed Case No. 2:10-SW-0100 MCE, within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single Judge is likely to effect a savings of judicial effort.

Based upon this finding and pursuant to Local Rule 123(c), **IT IS HEREBY ORDERED**:

1. The Clerk of the Court shall **REASSIGN** <u>United States v. Lott, et al.</u>, Case 2:12-cr-0169 WBS, to the Honorable Morrison C. England, Jr. and it shall be designated "Case No. 2:12-cr-0169 MCE"; and set this matter for a Status Conference on June 7, 2012 at 9:00 a.m. in Courtroom 7.

2. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

**IT IS SO ORDERED.**

Dated: May 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE