**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Nicholas Ramirez

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NICHOLAS RAMIREZ,<br><br>　　　　Defendant | Case No. Cr.S 11-190-MCE<br><br>STIPULATION AND ORDER<br>CONTINUING PREIMINARY<br>EXAMINATION<br><br>Date:　June 6, 2012<br>Time:　2:00 PM<br>Court: EFB<br><br>ORDER |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Michael Bigelow, Counsel for Nicholas Ramirez, that the preliminary hearing scheduled for May 22, 2012 at 2:00 PM, be vacated and the matter be continued to June 6, 2012 at 2:00 PM. for preliminary hearing.

　　This continuance is necessary because defendant Ramirez has just returned from Oklahoma and his relationship to his employers is tentative.  He has assured me that this date is

-1-

available and he will be permitted to attend court without jeopardizing his relationship with his employer. As noted, the matter has been discussed with the government and he has graciously agreed to this continuance.

**IT IS SO STIPULATED**

/S/ JASON HITT
Jason Hitt, Esq.,                                    Dated: May 22, 2012
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                                Dated: May 22, 2012
Michael B. Bigelow
Attorney for Defendant
Nicholas Ramirez


**ORDER**

**IT IS SO ORDERED**

DATED:  May 22, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE