JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-190 MCE |
| Plaintiff, | ) STIPULATION AND ORDER EXTENDING ) TIME TO POST POST PROPERTY BOND |
| v. | ) |
| FRANK ALIOTO, | ) |
| Defendant. | ) |

     On May 2, 2012, the Honorable Kendall J. Newman ordered defendant Frank Alioto released on a $250,000.00 unsecured bond, co-signed by the defendant's mother, Joan Alioto, to be replaced by a secured bond, secured by the real property owned by Mrs. Alioto, within two weeks. On May 23, 2012 a stipulation and proposed order was filed and approved to extend the due date of the filing to May 30, 2012.

     The Surety has provided the bond documents, and counsel has provided the documents to the Government. The Government needs additional time to review the documents received from the defense. Additionally, once the documents are approved the defense will need time to have the deed recorded and file the bond.

1

Accordingly the parties agree the deadline for posting the property bond may be extended to June 13, 2012.  This office has contacted Jason Hitt of the U.S. Attorney's Office, and he has no objection to this request.

Dated:  May 31, 2012          /s/ John R. Manning
                              JOHN R. MANNING
                              Attorney for Defendant
                              Frank Alioto


Dated:  May 31, 2012          Benjamin B. Wagner
                              United States Attorney


                              by: /s/
                              JASON HITT
                              Assistant United States Attorney

For  good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to June 13, 2012.

SO ORDERED.

Dated:  June 1, 2012.

                              EDMUND F. BRENNAN
                              United States Magistrate Judge

2