**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email:mbigelow6401@sbcglobal.net

Attorney for Defendant
Nicholas Ramirez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> NICHOLAS RAMIREZ ) <br> ) <br> Defendant ) <br> _____ ) | No. Cr.S-11-190 MCE <br><br> WAIVER OF PERSONAL APPEARANCE <br><br> AND APPROVAL |

Pursuant to Federal Rules of Criminal Procedure, Rules 10 and 43(c)(3), defendant, Nicholas Ramirez hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including arraignment on the Superseding Indictment in this case (Fed.Rule.Crim.Proc. Rule 10) except that he will agree to be personally present for any plea of guilty, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

Defendant Ramirez, hereby requests the court to proceed during every absence of him which the court may permit pursuant

-1-

1 to this waiver; agrees that his interests will be deemed
2 represented at all times by the presence of his attorney, the
3 same as if defendant Ramirez were personally present and further
4 agrees to be present in court ready for hearing any day and hour
5 the court may fix in his absence.
6     Defendant Ramirez further acknowledges that he has been
7 informed of his rights under Title 18 U.S.C. sections 3161-3174
8 of the Speedy Trial Act, and authorized his attorney to set
9 times and delays und the Act without defendant Davis being
10 present and agrees to waive any and all time under both the
11 Sixth Amendment to the Constitution and the Speedy Trial Act
12 regarding his rights to a speedy public jury trial.
13     Defendant Ramirez further acknowledges that he has received
14 a copy of the superseding indictment and that he pleads not
15 guilty.
16     DATED: May 29  2012          /S/NICHOLAS RAMIREZ
17                                  Nicholas Ramirez
                                     Defendant
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////

Michael B. Bigelow, counsel for Nicholas Ramirez agrees with this waiver and acknowledges that defendant Ramirez has received a copy of the superseding indictment and enters a plea of not guilty.

```
DATED:  May 24, 2012          /S/MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Defendant
```

Note:    Document with original signatures maintained with counsel.

**APPROVAL**

**SO APPROVED**

```
DATED: June 1, 2012.          _____
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE
```

-3-