JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-190 MCE |
| Plaintiff, | ) ) ) | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS and ORDER |
| v. | ) ) ) | |
| NICHOLAS RAMIREZ, et al., | ) ) | Date:  February 28, 2013 Time:  9:00 a.m. Judge: Honorable Morrison C. England, Jr. |
| Defendants. | ) ) ) ) | |

    The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Nicholas Ramirez, Michael B. Bigelow, Esq., counsel for defendant Ung Duong, Michael L. Chastaine, counsel for defendant Phat Nguyen, Michael D. Long, Esq., counsel for defendant Justin Nonoguchi, Christopher R. Cosca, Esq., counsel for defendant Frank Alioto, John R. Manning, Esq., counsel for defendant Manuel Keith, Jan D. Karowsky, Esq., counsel for defendant Tiffany Brown, Dina L. Santos, Esq., and counsel for defendant Andre Cawthorne, Scott L. Tedmon, Esq., hereby stipulate the following:

    1. By previous order, this matter was set for status conference on November 8, 2012.

1

2. By this stipulation, defendants now move to continue the status conference until February 28, 2013 and to exclude time between November 8, 2012 and February 28, 2013 under the Local Code T-2 and T-4.

3. The parties agree and stipulate, and request the Court find the following:

   a. This case was the product of a lengthy investigation in which wiretaps were utilized on multiple telephones.  The government has produced discovery which to date includes 1,952 pages containing wiretap applications, periodic reports, and investigative materials.  Additionally, the government has provided defense counsel with voluminous wiretap conversations.  Given this large volume of discovery, the defense counsel needs additional time to review the discovery and consult with their respective clients.

   b. The Government does not object to the continuance.

   c. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   d. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of November 8, 2012 to February 28, 2013 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-2 and T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 5, 2012   /s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
Nicholas Ramirez

Dated: November 5, 2012   /s/ Michael L. Chastaine
MICHAEL L. CHASTAINE
Attorney for Defendant
Ung Duong

Dated: November 6, 2012   /s/ Michael D. Long
MICHAEL D. LONG
Attorney for Defendant
Phat Nguyen

Dated: November 5, 2012   /s/ Christopher R. Cosca
CHRISTOPHER R. COSCA
Attorney for Defendant
Justin Nonoguchi

Dated: November 5, 2012   /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Frank Alioto

Dated: November 5, 2012   /s/ Jan D. Karowsky
JAN D. KAROWSKY
Attorney for Defendant
Manuel Keith

Dated: November 5, 2012   /s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
Tiffany Brown

| | |
|---|---|
| Dated: November 5, 2012 | /s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Defendant<br>Andre Cawthorne |
| Dated: November 5, 2012 | Benjamin B. Wagner<br>United States Attorney<br><br>by:/s/   Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |

## ORDER

Pursuant to the parties' stipulation, IT IS SO FOUND AND ORDERED.

The status conference, currently set for November 8, 2012, is **continued to February 28, 2013, at 9 a.m.** in Courtroom 7.  The time period between November 8, 2012 and February 28, 2013 is excluded under the Local Code T-2 and T-4.

Dated:  November 14, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE