JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00190-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS |
| v. | |
| NICHOLAS RAMIREZ, et al., | Date:   April 11, 2013 |
| Defendants. | Time:   9:00 a.m. |
| | Judge:  Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Nicholas Ramirez, Michael B. Bigelow, Esq., counsel for defendant Ung Duong, Michael L. Chastaine, counsel for defendant Phat Nguyen, Michael D. Long, Esq., counsel for defendant Justin Nonoguchi, Christopher R. Cosca, Esq., counsel for defendant Frank Alioto, John R. Manning, Esq., counsel for defendant Manuel Keith, Jan D. Karowsky, Esq., counsel for defendant Tiffany Brown, Dina L. Santos, Esq., and counsel for defendant Andre Cawthorne, Scott L. Tedmon, Esq., hereby stipulate the following:

1.  By previous order, this matter was set for status conference on February 28, 2013. Subsequently, by order of the Court, the matter was advanced to February 21, 2013.

2.  By this stipulation, defendants now move to continue the status conference until April 11, 2013 and to exclude time between February 21, 2013 and April 11, 2013 under the Local Code T-2 and T-4.

3.  The parties agree and stipulate, and request the Court find the following:

   a.  This case was the product of a lengthy investigation in which wiretaps were utilized on multiple telephones.  The government has produced discovery which to date includes 1,952 pages containing wiretap applications, periodic reports, and investigative materials.  Additionally, the government has provided defense counsel with voluminous wiretap conversations.  Given this large volume of discovery, the defense counsel needs additional time to review the discovery and consult with their respective clients.

   b.  The Government does not object to the continuance.

   c.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   d.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 21, 2013 to April 11, 2013 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-2 and T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served

by taking such action outweigh the best interest of the public and the defendant in a

speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within

which a trial must commence.

IT IS SO STIPULATED.


Dated: February 19, 2013                    /s/ Michael B. Bigelow
                                            MICHAEL B. BIGELOW
                                            Attorney for Defendant
                                            Nicholas Ramirez

Dated: February 19, 2013                    /s/ Michael L. Chastaine
                                            MICHAEL L. CHASTAINE
                                            Attorney for Defendant
                                            Ung Duong

Dated:  February 19, 2013                   /s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for Defendant
                                            Phat Nguyen

Dated: February 19, 2013                    /s/ Christopher R. Cosca
                                            CHRISTOPHER R. COSCA
                                            Attorney for Defendant
                                            Justin Nonoguchi

Dated: February 19, 2013                    /s/ John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Frank Alioto

Dated: February 19, 2013                    /s/ Jan D. Karowsky
                                            JAN D. KAROWSKY
                                            Attorney for Defendant
                                            Manuel Keith

Dated: February 19, 2013                    /s/ Dina L. Santos
                                            DINA L. SANTOS

Attorney for Defendant
Tiffany Brown

Dated: February 19, 2013                      /s/ Scott L. Tedmon
                                              SCOTT L. TEDMON
                                              Attorney for Defendant
                                              Andre Cawthorne

Dated: February 19, 2013                      Benjamin B. Wagner
                                              United States Attorney

                                              by:/s/ Jason Hitt
                                              JASON HITT
                                              Assistant U.S. Attorney

                              **ORDER**

        IT IS SO ORDERED.

DATED: February 21, 2013

                         MORRISON C. ENGLAND, JR., CHIEF JUDGE
                         UNITED STATES DISTRICT JUDGE