Jan David Karowsky
Attorney at Law
A Professional Corporation
716 19th Street, Ste. 100
Sacramento, CA  95811
(916) 447-1134
(916) 448-0265
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Manuel Keith

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS RAMIREZ, et al.,<br><br>    Defendants. | No. CR-S-11-190 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS<br><br>Date:  November 7, 2013<br>Time:  9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Nicholas Ramirez, Michael B. Bigelow, Esq., counsel for defendant Ung Duong, Michael L. Chastaine, counsel for defendant Phat Nguyen, Michael D. Long, Esq., counsel for defendant Justin Nonoguchi, Christopher R. Cosca, Esq., counsel for defendant Manuel Keith, Jan D. Karowsky, Esq., counsel for defendant Tiffany Brown, Dina L. Santos, Esq., and counsel for defendant Andre Cawthorne, Scott L. Tedmon, Esq., hereby stipulate to the following:

1. By previous order, this matter was set for status conference on November 7, 2013.

1

2.  By this stipulation, defendants now move to continue the status conference until January 9, 2014 and to exclude time between November 7, 2013 and January 9, 2014 under the Local Code T-2 and T-4.

3.  The parties agree and stipulate, and request the Court find the following:

   a. This case was the product of a lengthy investigation in which wiretaps were utilized on multiple telephones. The government has produced discovery which to date includes 1,952 pages containing wiretap applications, periodic reports, and investigative materials. Additionally, the government has provided defense counsel with voluminous wiretap conversations. Given this large volume of discovery, the defense counsel needs additional time to review the discovery and consult with their respective clients. Additionally, a continuance now will provide the government and defense counsel the final needed time to negotiate and hopefully, finalize, plea agreements. Further, relative to at least one defendant, certain additional laboratory reports are still to be discovered.

   b. It is expected that the government will be able to provide plea agreements to almost all defendants and guilty pleas are hoped to be entered at the next status conference.

   c. The Government does not object to the continuance.

   d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of November 7, 2013 to January 9, 2014 inclusive, is deemed excludable pursuant to 18

United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-2 and T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. All attorneys have authorized Jan Karowsky to sign their names to the instant stipulation.

IT IS SO STIPULATED.

Dated: November 5, 2013            /s/ Michael B. Bigelow
                                   MICHAEL B. BIGELOW
                                   Attorney for Defendant
                                   Nicholas Ramirez

Dated: November 5, 2013            /s/ Michael L. Chastaine
                                   MICHAEL L. CHASTAINE
                                   Attorney for Defendant
                                   Ung Duong

Dated: November 5, 2013            /s/ Michael D. Long
                                   MICHAEL D. LONG
                                   Attorney for Defendant
                                   Phat Nguyen

Dated: November 5, 2013            /s/ Christopher R. Cosca
                                   CHRISTOPHER R. COSCA
                                   Attorney for Defendant
                                   Justin Nonoguchi

Dated: November 5, 2013            /s/ Jan D. Karowsky
                                   JAN D. KAROWSKY
                                   Attorney for Defendant
                                   Manuel Keith

Dated: November 5, 2013              /s/ Dina L. Santos
                                     DINA L. SANTOS
                                     Attorney for Defendant
                                     Tiffany Brown


Dated: November 5, 2013              /s/ Scott L. Tedmon
                                     SCOTT L. TEDMON
                                     Attorney for Defendant
                                     Andre Cawthorne


Dated: November 5, 2013              Benjamin B. Wagner
                                     United States Attorney

                                     by:/s/ Jason Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT