MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188

Attorney for PHAT NGUYEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-11-190 MCE |
| Plaintiff, | ) |
| | ) REQUEST TO CONTINUE |
| v. | ) BAIL REVIEW HEARING TO |
| | ) AUGUST 18, 2014, AT 2:00 p.m. |
| NICHOLAS RAMIREZ, | ) AND ORDER |
| PHAT NGUYEN, et al., | ) |
| Defendants. | ) Judge Edmund F. Brennan |
| ==============================) | |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, and Michael D. Long, attorney for defendant Phat Nguyen, that that the detention hearing date of August 13, 2014, at 2:00 p.m. should be continued until August 18, 2014, at 2:00 p.m.

At the August 7, 2014, hearing before Magistrate Judge Dale A. Drozd, the parties requested a continuance to August 13, 2014, to permit Mr. Hitt to contact Immigration and Customs Enforcement (ICE) to discuss the hold placed on defendant and to learn if the hold could be lifted. Mr. Hitt needs additional time to converse with ICE and he requests the continuance to August 18, 2014.  The defense agrees that the continuance is necessary.

Dated:  August 12, 2014                                        Respectfully submitted,

                                                                                      /s/ *Michael D. Long*
                                                                                      MICHAEL D. LONG
                                                                                      Attorney for Mr. Nguyen

///

///

-1-

Dated: August 12, 2014

BENJAMIN WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the detention hearing presently set for August 13, 2014, at 2:00 p.m. is continued to August 18, 2014, at 2:00 p.m. before Magistrate Judge Edmund F. Brennan.

Dated: August 12, 2014.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE