Jan David Karowsky
Attorney at Law
A Professional Corporation
716 19th Street, Ste. 100
Sacramento, CA  95811
(916) 447-1134
(916) 448-0265
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Manuel Keith

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>NICHOLAS RAMIREZ, et al.,<br><br>           Defendants. | No. CR-S-11-190 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date:   August 21, 2014<br>Time:   9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Manuel Keith, Jan David Karowsky, Esq. hereby stipulate to the following:

   1.   By previous order, this matter was set for status conference on August 21, 2014.

   2.   By this stipulation, Manuel Keith now moves to continue the status conference until November 6, 2014 and to exclude time between August 21, 2014 and November 6, 2014 under the Local Code T-2 and T-4.

   3.   The parties agree and stipulate and request the Court find the following:

a. This case was the product of a lengthy investigation in which wiretaps were utilized on multiple telephones. The government has produced discovery which to date includes 1,952 pages containing wiretap applications, periodic reports, and investigative materials. Additionally, the government has provided defense counsel with voluminous wiretap conversations. The government has submitted a plea agreement to counsel for Mr. Keith, which is being reviewed at the present time. Mr. Keith lives in Queens, New York. A continuance now will provide time for counsel for Mr. Keith to review the plea agreement with him and time for Mr. Keith to gather the funds and pay for a round trip airline ticket to Sacramento in order to attend court to enter his plea to the proffered "phone count." Further, counsel for Mr. Keith is set for trial in a murder case, commencing in mid-September, 2014, and needs time to prepare for said trial.

b. The Government does not object to the continuance.

c. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 21, 2014 through November 6, 2014 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-2 and T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served

by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:     August 13, 2014                     BENJAMIN WAGNER
                                               United States Attorney

                                               /s/ Jason Hitt
                                            by
                                               Jason Hitt
                                               Assistant U.S. Attorney
                                               by Jan David Karowsky
                                               w/ Mr. Hitt's consent

DATED:     August 13, 2014                     JAN DAVID KAROWSKY
                                               Attorney at Law
                                               A Professional Corporation

                                               /s/ Jan Karowsky
                                            by
                                               JAN DAVID KAROWSKY
                                               Attorney for Defendant
                                               Manuel Keith

**ORDER**

        IT IS SO ORDERED.

Dated: August 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT