Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:   (916) 447-2988

Attorney for:
TIFFANY BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>TIFFANY BROWN,<br>NICHOLAS RAMIREZ<br><br>      Defendants | CASE NO.  2:11-CR-00190-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 12/4/14 AT 9:00 A.M. |

**STIPULATION**

  Plaintiff United States of America, by and through its counsel of record, and defendant Tiffany Brown, by and through her counsel of record, and defendant Nicholas Ramirez, by and through his Counsel of Record, Michael Bigelow, hereby stipulate as follows:

  1. By previous order, this matter was set for status on September 11, 2014.

  2. By this stipulation, defendant now moves to continue the status conference until December 4, 2014, and to exclude time between September 11, 2014, and December 4, 2014, under Local Code T4.  Plaintiff does not oppose this request.

  3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants and the Government desire additional time to investigate the roles of each of the respective clients, assess whether the client's qualify for safety valve, continue to conduct investigation, continue to engage in negotiations with the Government in an effort to reach a plea agreement, and to otherwise prepare for trial.  Counsel for defendants

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   b) The government does not object to the continuance.

   c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 11, 2014, to December 4 , 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 9, 2014        BENJAMIN B. WAGNER
                    United States Attorney

                    /s/ Jason Hitt
                    JASON HITT
                    Assistant United States Attorney

///

///

///

///

///

///

Dated:  September 9, 2014        /s/   Dina L. Santos
                                 DINA SANTOS, ESQ.
                                 Attorney for Tiffany Brown


Dated:  September 9, 2014        /s/   Michael Bigelow
                                 MICHAEL BIGELOW, ESQ.
                                 Attorney for Nicholas Ramirez


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT