**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Nicholas Ramirez

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S 11-190 MCE |
| Plaintiff, | AMENDED STIPULATION TO CONTINUE STATUS |
| vs. | |
| NICHOLAS RAMIREZ, TIFFANY BROWN | ORDER |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant's herein, by and through their counsel of record, hereby stipulates as follows:

By previous order, this matter was set for status on March 12, 2015.

By this stipulation, defendants now move to continue the status conference until May 28, 2015 and to exclude time between March 12, 2015, and May 28, 2015 under Local Code T4. Plaintiff does not oppose this request.

-1-

Counsel for defendants desire additional time to review documents and to consult with their clients in efforts to resolve this case.

The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 12, 2015 to May 28, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

1  Nothing in this stipulation and order shall preclude a
2  finding that other provisions of the Speedy Trial Act dictate
3  that additional time periods are excludable from the period
4  within which a trial must commence.

DATED: March 11, 2015                Respectfully submitted


                                     /S/MICHAEL  B. BIGELOW
                                     Michael B. Bigelow
                                     Attorney for Nicholas Ramirez

**IT IS SO STIPULATED**

| | |
|---|---|
| /S/ JASON HITT | Dated: March 11, 2015 |
| Jason Hitt, Esq., | |
| Assistant United States Attorney | |
| Attorney for Plaintiff | |

| | |
|---|---|
| /S/MICHAEL B. BIGELOW | Dated: March 11, 2015 |
| Michael B. Bigelow | |
| Attorney for Defendant | |
| Nicholas Ramirez | |

| | |
|---|---|
| /s/Dina Santos | Dated: March 11, 2015 |
| Dina Santos, | |
| Attorney for | |
| Tiffany Brown | |

**ORDER**

   IT IS SO ORDERED.

Dated:  March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT