**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mibelow@gmail.com
Attorney for Defendant
Nicholas Ramirez

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>NICHOLAS RAMIREZ,<br><br>     Defendant | Case No. Cr.S 11-190 MCE<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE<br><br>ORDER |

By this Court's previous order the above named defendant was granted pre-trial release with conditions. For the following reasons, and due to a change in circumstance, it is requested that his pre-trial release be revoked. He has, however, previously requested a waiver of personal appearance, with which this Court has agreed. Defendant specifically requests that his waiver of personal appearance continue to be honored until such time as his presence is mandated, or by other order of this Court.

-1-

As this Court may recall, Mr. Ramirez was charged with multiple counts of drug and drug related offenses in the Western District of Arizona. He pled guilty and was sentenced to the Bureau of Prisons to serve a term of approximately 15 years. He is currently serving his term in a prison in Arizona.

Since Mr. Ramirez is currently serving his time in prison, it is appropriate that he not be on pretrial release in this Court. Pre-trial services has been consulted and agrees.

DATED:  September 21, 2015          Respectfully submitted,


/s/Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant Ramirez


**IT IS SO STIPULATED**

/S/ JASON HITT
Jason Hitt, Esq.,                   Dated: September 21, 2015
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW               Dated: September 21, 2015
Michael B. Bigelow
Attorney for Defendant
Nicholas Ramirez

**ORDER**

**IT IS ORDERED** that pursuant to stipulation and for good cause shown defendant's conditions of pretrial release, and release are revoked.

IT IS SO ORDERED.

Dated:  September 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT