1   Dina L. Santos, SBN 204200
    A Professional Law Corporation
2   428 J Street, Suite 359
    Sacramento, CA 95814
3   Telephone:  (916) 447-0160
    Facsimile:   (916) 447-2988
4

5   Attorney for:
    TIFFANY BROWN
6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            CASE NO.  11-0190 MCE

11                       Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
12                 v.                    ORDER TO CONTINUE CASE TO 3/17/16 AT 9:00
                                         A.M.
13  TIFFANY BROWN,
    NICHOLAS RAMIREZ
14                       Defendants

15                                **STIPULATION**

16
          Plaintiff United States of America, by and through its counsel of record, and defendant Tiffany
17
    Brown, by and through her counsel of record, and defendant Nicholas Ramirez, by and through his
18
    Counsel of Record, Michael Bigelow, hereby stipulate as follows:
19
          1.      By previous order, this matter was set for status on January 28, 2016.
20
          2.      By this stipulation, defendant now moves to continue the status conference until March
21
    17, 2016, and to exclude time between January 28, 2016, and March 17, 2016, under Local Code T4.
22
    Plaintiff does not oppose this request.
23
          3.      The parties agree and stipulate, and request that the Court find the following:
24
                  a)      Counsel for defendants and the Government desire additional time to investigate
25
    the roles of each of the respective clients, assess a related federal case from Oklahoma, continue
26
    to conduct investigation, continue to engage in negotiations with the Government in an effort to
27
    reach a plea agreement, and to otherwise prepare for trial.  Counsel for defendants believe that
28

failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

b)      The government does not object to the continuance.

c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 28, 2016 to March 17, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 27, 2016                                     BENJAMIN B. WAGNER
                                                            United States Attorney


                                                            /s/ Jason Hitt
                                                            JASON HITT
                                                            Assistant United States Attorney


Dated:  January 27, 2016                                     /s/  Dina L. Santos
                                                            DINA SANTOS, ESQ.
                                                            Attorney for Tiffany Brown

Dated:  January 27, 2016                                     /s/  Michael Bigelow
                                                            MICHAEL BIGELOW, ESQ.
                                                            Attorney for Nicholas Ramirez




**ORDER**

IT IS SO ORDERED.


Dated:  February 2, 2016



                                                            _____
                                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                            UNITED STATES DISTRICT COURT