```
1  MICHAEL B. BIGELOW
   Attorney at Law
2  State Bar No. 65211
   331 J Street, Suite 200
3  Sacramento, CA 95814
   Telephone: (916) 443-0217
4  Email:LawOffice.mbigelow@gmail.com

5  Attorney for Defendant
   Nicholas Ramirez
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. Cr.S 11-190 MCE |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) STATUS |
|  | ) ORDER |
| NICHOLAS RAMIREZ, TIFFANY BROWN | ) |
| Defendant | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant's herein, by and through their counsel of record, hereby stipulates as follows:

By previous order, this matter was set for status on March 17, 2016.

By this stipulation, defendants now move to continue the status conference until June 23, 2016, and to exclude time between March 17, 2016, and June 23, 2016 under Local Code T4. Plaintiff agrees with this request.

-1-

1    Counsel for defendants desire additional time to review
2 documents and to consult with their clients in efforts to
3 resolve this case.
4    The government does not object to the continuance.
5    Based on the above-stated findings, the ends of justice
6 served by continuing the case as requested outweigh the interest
7 of the public and the defendant in a trial within the original
8 date prescribed by the Speedy Trial Act.
9    For the purpose of computing time under the Speedy Trial
10 Act, 18 U.S.C. § 3161, et seq., within which trial must
11 commence, the time period of March 17, 2016, to June 23, 2016,
12 inclusive, is deemed excludable pursuant to 18 U.S.C.§
13 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a
14 continuance granted by the Court at defendant's request on the
15 basis of the Court's finding that the ends of justice served by
16 taking such action outweigh the best interest of the public and
17 the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: February 25, 2016          Respectfully submitted


                                  /S/MICHAEL  B. BIGELOW
                                  Michael B. Bigelow
                                  Attorney for Nicholas Ramirez

**IT IS SO STIPULATED**

/S/ JASON HITT
Jason Hitt, Esq.,                           Dated: February 25, 2016
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                       Dated: February 25, 2016
Michael B. Bigelow
Attorney for Defendant
Nicholas Ramirez

/s/Dina Santos
Dina Santos,                                Dated: February 25, 2016
Attorney for
Tiffany Brown

**ORDER**

   Pursuant to the parties' stipulation, the above referenced matter shall be continued until June 23, 9:00 AM, and time excluded for the reasons set forth above.  The Court specifically finds that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   IT IS SO ORDERED.

Dated:  March 3, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT