Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
TIFFANY BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 11-0190 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER TO CONTINUE CASE TO 3/23/17 AT 9:00 A.M. |
| v. | |
| TIFFANY BROWN, NICHOLAS RAMIREZ | |
| Defendants | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Tiffany Brown, by and through her counsel of record, and defendant Nicholas Ramirez, by and through his Counsel of Record, Michael Bigelow, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 15, 2016.

2. By this stipulation, defendant now moves to continue the status conference until March 23, 2017, and to exclude time between December 15, 2016, and March 23, 2017, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendants and the Government desire additional time to investigate the roles of each of the respective clients, assess a related federal case from Oklahoma, continue to conduct investigation, continue to engage in negotiations with the Government in an effort to reach a plea agreement, and to otherwise prepare for trial. Counsel for defendants believe that

failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        b)      The government does not object to the continuance.

        c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 15, 2016 to March 23, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 13, 2016                        BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      /s/ Jason Hitt
                                                    JASON HITT
                                                    Assistant United States Attorney

////

///

//

/

Dated: December 13, 2016          /s/  Dina L. Santos
                                  DINA SANTOS, ESQ.
                                  Attorney for Tiffany Brown

Dated: December 13, 2016          /s/  Michael Bigelow
                                  MICHAEL BIGELOW, ESQ.
                                  Attorney for Nicholas Ramirez

**ORDER**

IT IS SO ORDERED.

Dated: January 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE