**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Nicholas Ramirez

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S 11-190 MCE |
| Plaintiff, | STIPULATION TO CONTINUE STATUS |
| vs. | ORDER |
| NICHOLAS RAMIREZ, TIFFANY BROWN | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant's herein, by and through their counsel of record, hereby stipulates as follows:

By previous order, this matter was set for status on March 23, 2017.

By this stipulation, defendants now move to continue the status conference until June 15, 2017, and to exclude time between March 23, 2017, and June 15, 2017 under Local Code T4. Plaintiff agrees with this request.

-1-

Counsel for defendants desire additional time to review documents and to consult with their clients in efforts to resolve this case.

The government agrees to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 23, 2017, to June 15, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: March 22, 2017                    Respectfully submitted


                                         /S/MICHAEL  B. BIGELOW
                                         Michael B. Bigelow
                                         Attorney for Nicholas Ramirez

**IT IS SO STIPULATED**

/S/ JASON HITT
Jason Hitt, Esq.,                                    Dated: March 22, 2017
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                                Dated: March 22, 2017
Michael B. Bigelow
Attorney for Defendant
Nicholas Ramirez

/s/Dina Santos
Dina Santos,                                         Dated: March 22, 2017
Attorney for
Tiffany Brown


**ORDER**

Pursuant to parties' stipulation the above referenced matter shall be continued until June 15, 2017 9:00 AM, and time excluded for the reasons set forth above.

IT IS SO ORDERED.

Dated:  March 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE