Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
TIFFANY BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-0190 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER TO CONTINUE CASE TO 8/24/17 AT 9:00 A.M. |
| v. | |
| TIFFANY BROWN, NICHOLAS RAMIREZ | |
| Defendants | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Tiffany Brown, by and through her counsel of record, and defendant Nicholas Ramirez, by and through his Counsel of Record, Michael Bigelow, hereby stipulate as follows:

1.    By previous order, this matter was set for status on June 22, 2017.

2.    By this stipulation, defendant now moves to continue the status conference until August 24, 2017, and to exclude time between June 22, 2017, and August 24, 2017, under Local Code T4. Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    Counsel for defendants and the Government desire additional time to investigate the roles of each of the respective clients, review recently produced discovery from a related federal case filed in Oklahoma, continue to conduct investigation, continue to engage in negotiations with the Government in an effort to reach a plea agreement, and to otherwise

prepare for trial.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

b)      The government does not object to the continuance.

c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 22, 2017, to August 24, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 14, 2017                        BENJAMIN B. WAGNER
                                            United States Attorney


                                             /s/ Jason Hitt
                                            JASON HITT
                                            Assistant United States Attorney

Dated: June 14, 2017                         /s/  Dina L. Santos
                                            DINA SANTOS, ESQ.
                                            Attorney for Tiffany Brown


Dated: June 14, 2017                        /s/  Michael Bigelow
                                            MICHAEL BIGELOW, ESQ.
                                            Attorney for Nicholas Ramirez


## ORDER

IT IS SO ORDERED.

Dated: June 16, 2017


                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE