MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Nicholas Ramirez

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br>NICHOLAS RAMIREZ,<br>TIFFANY BROWN<br><br>    Defendant | Case No. Cr.S 11-190 MCE<br><br>STIPULATION TO CONTINUE STATUS<br><br>ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant's herein, by and through their counsel of record, hereby stipulates as follows:

By previous order, this matter was set for status on August 31, 2017.

By this stipulation, defendants now move to continue the status conference until November 30, 2017, and to exclude time between August 31, 2017 and November 30, 2017 under Local Code T4. Plaintiff agrees with this request.

-1-

Counsel for defendants desire additional time to review documents and to consult with their clients in efforts to resolve this case. The government has agreed it should have a plea agreement by then and counsel should have had an opportunity to discuss it with his client.

The government agrees to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 31, 2017, to November 30, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: August 24, 2017                    Respectfully submitted


                                          /S/MICHAEL B. BIGELOW
                                          Michael B. Bigelow
                                          Attorney for Nicholas Ramirez

**IT IS SO STIPULATED**

/S/ JASON HITT
Jason Hitt, Esq.,                                   Dated: August 24, 2017
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                               Dated: August 24, 2017
Michael B. Bigelow
Attorney for Defendant
Nicholas Ramirez

/s/Dina Santos
Dina Santos,                                        Dated: August 24, 2017
Attorney for
Tiffany Brown

**ORDER**

    IT IS SO ORDERED.

Dated: August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE