**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Nicholas Ramirez

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br>NICHOLAS RAMIREZ,<br>TIFFANY BROWN<br><br>　　　　Defendant | Case No. Cr.S 11-190 MCE<br><br>STIPULATION TO CONTINUE STATUS<br><br>ORDER |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant's herein, by and through their counsel of record, hereby stipulates as follows:

By previous order, this matter was set for status on February 15, 2018.

By this stipulation, defendants now move to continue the status conference until June 14, 2018, and to exclude time

-1-

between February 15, 2018 and June 14, 2018 under Local Code T4. Plaintiff agrees with this request.

Counsel for defendants desire additional time to review documents and to consult with their clients in efforts to resolve this case. The government has agreed it should have a plea agreement by then and counsel should have had an opportunity to discuss it with his client.

The government agrees to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 15, 2018, to June 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: February 12, 2018  Respectfully submitted

/S/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Nicholas Ramirez

**IT IS SO STIPULATED**

/S/ JASON HITT
Jason Hitt, Esq.,                                    Dated: February 12, 2018
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                                Dated: February 12, 2018
Michael B. Bigelow
Attorney for Defendant
Nicholas Ramirez

/s/Dina Santos
Dina Santos,                                         Dated: February 12, 2018
Attorney for
Tiffany Brown

## ORDER

It is hereby ordered, pursuant to the foregoing stipulation, that the above referenced matter shall be continued until June 14, 2018, 10:00 AM, and time excluded for the reasons set forth above.

IT IS SO ORDERED.

Dated:  February 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE