Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Nichols Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-190 MCE |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE AND ORDER |
| v. | |
| NICHOLS RAMIREZ and TIFFANY BROWN, | |
| Defendants. | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Jason Hitt, Esq. and Defendant Nichols Ramirez through his attorney Philip Cozens, Esq.,  and Defendant Tiffany Brown through her attorney Dina Santos that:

    The Status Conference currently scheduled for September 13, 2018 at 10:00 a.m. in Judge England's Court be re-scheduled for October 11, 2018 at 10:00 a.m. in Judge England's Court.  The stipulated continuance is necessary because Defendant Nichols Ramirez's attorney requires additional time to review the discovery in this matter and negotiate with the Government.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from April 27, 2018 through and including October 11, 2018.

It is so stipulated.

Dated: September 11, 2018

/s/ Jason Hitt, Esq.
Jason Hitt, Esq.
Assistant United States Attorney
Eastern District of California

/s/ Dina Santos
Dina Santos
Attorney for Defendant
Tiffany Brown

/s/ Philip Cozens
Philip Cozens
Attorney for Defendant
Nichols Ramirez

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for September 13, 2018 at 10:00 a.m. in Judge England's Court be re-scheduled for October 11, 2018 at 10:00 a.m. in Judge England's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from September 13, 2018 through and including October 11, 2018.

IT IS SO ORDERED.

Dated: September 12, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE