Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Nichols Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-190 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE |
| | ) | OF STATUS CONFERENCE AND |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| NICHOLS RAMIREZ and TIFFANY BROWN, | ) | |
| | ) | |
| Defendants. | ) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Jason Hitt, Esq. and Defendant Nichols Ramirez through his attorney Philip Cozens, Esq. that:

    The Status Conference currently scheduled for February 7, 2019 at 10:00 a.m. in Judge England's Court be re-scheduled for March 28, 2019 at 10:00 a.m. in Judge England's Court. The stipulated continuance is necessary because Defendant Nichols Ramirez's attorney requires additional time to review the discovery in this matter and negotiate with the Government.

    Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

Time should be excluded from speedy trial calculations from February 7, 2019 through and including March 28, 2019.

It is so stipulated.

Dated: February 5, 2019
/s/ Jason Hitt, Esq.
Jason Hitt, Esq.
Assistant United States Attorney
Eastern District of California

/s/ Philip Cozens
Philip Cozens
Attorney for Defendant
Nichols Ramirez

## ORDER

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for February 7, 2019 at 10:00 a.m. in Judge England's Court be re-scheduled for March 28, 2019 at 10:00 a.m. in Judge England's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from February 7, 2019 through and including March 28, 2019.

IT IS SO ORDERED.

Dated: February 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE