UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>NICHOLAS RAMIREZ,<br><br>*Defendant.* | Case No. 2:11-CR-0190 MCE<br><br>ORDER UNDER LOCAL RULE 141(b) |

Having considered Mr. Ramirez's request to file medical records under seal, the Court finds compelling reason to do so to protect Mr. Ramirez's privacy. It is hereby ordered that counsel may file Exhibit 5 to Defendant Ramirez's Emergency Motion to Reduce or Modify Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(I) (Compassionate Release), which contains Mr. Ramirez's medical records, with this Court under seal.

IT IS SO ORDERED.

Dated: July 9, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE