

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

                Plaintiff(s),     Case No. **2:11-CR-0190 MCE**

v.

**NICHOLAS RAMIREZ,**

                Defendant(s).

I, __Barbara Butterworth__, attorney for __**NICHOLAS RAMIREZ**__, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Ave. NW |
| City: | Washington, DC 20001 |
| State: | DC   ZIP Code: 20001 |
| Voice Phone: | (202) 408-6090 |
| FAX Phone: | (202) 408-4400 |
| Internet E-mail: | Barbara.butterworth@finnegan.com |
| Additional E-mail: | Catherine.sadler@finnegan.com |
| I reside in City: | Falls Church   State:  VA |

I was admitted to practice in the __District of Columbia__ (court) on __January 5, 1998__ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Morgan Smith
Firm Name:   Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Address:     Stanford Research Park, 3300 Hillview Avenue
_____
City:        Palo Alto
State:       CA   ZIP Code: 94304
Voice Phone: (650) 849-6665
FAX Phone:   (650) 849-6666
E-mail:      morgan.smith@finnegan.com

Dated:  July 13, 2020              Petitioner: /s/ Barbara Butterworth

**ORDER**

IT IS SO ORDERED.

Dated:  July 30, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE