UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>NICHOLAS RAMIREZ,<br><br>    *Defendant.* | Case No. 2:11-CR-0190 MCE<br><br>ORDER GRANTING REQUEST TO SUBMIT SUPPLEMENTAL MEDICAL RECORDS RELATED TO D.I. 414 |

Having considered counsel's Request to Submit Supplemental Medical Records Related to D.I. 414, the Court finds that the requested submission is justified, as the supplemental medical records will assist the Court with the decision on Defendant Ramirez's Emergency Motion to Reduce or Modify Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(I) (Compassionate Release) (D.I. 414). It is hereby ordered that counsel may file Defendant Ramirez's supplemental medical records in connection with his Emergency Motion to Reduce or Modify Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(I) (Compassionate Release) (D.I. 414).

///

///

///

///

///

As set forth in an accompanying order, the Court finds that compelling circumstances justify the filing of the Supplemental Medical Records under seal.

IT IS SO ORDERED.

Dated: August 4, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE