UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff*, | Case No. 2:11-CR-0190 MCE |
| v. | ORDER UNDER LOCAL RULE 141(b) |
| NICHOLAS RAMIREZ, | |
| *Defendant*. | |

Having considered counsel's request to file supplemental medical records under seal, the court finds compelling reason to do so to protect Mr. Ramirez's privacy. It is hereby ordered that counsel may file Defendant Ramirez's supplemental medical records with this Court under seal. As set forth in an accompany order, this Court grants Mr. Ramirez's motion to submit his supplemental medical records in connection with his Emergency Motion to Reduce or Modify Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(I) (Compassionate Release) (D.I. 414)

IT IS SO ORDERED.

Dated:  August 4, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE