1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 2:11-CR-0190 MCE** |
| *Plaintiff,* | **ORDER GRANTING REQUEST TO SUBMIT SUPPLEMENTAL MEDICAL RECORDS RELATED TO D.I. 414** |
| v. | |
| **NICHOLAS RAMIREZ,** | |
| *Defendant.* | |

16         Having considered counsel's Request to Submit Supplemental Medical Records

17   Related to D.I. 414, the Court finds that the requested submission is justified, as the

18   supplemental medical records will assist the Court with the decision on Defendant

19   Ramirez's Emergency Motion to Reduce or Modify Sentence Pursuant to 18 U.S.C.

20   § 3582(C)(1)(A)(I) (Compassionate Release) (D.I. 414). It is hereby ordered that counsel

21   may file Defendant Ramirez's supplemental medical records in connection with his

22   Emergency Motion to Reduce or Modify Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(I)

23   (Compassionate Release) (D.I. 414).

24   ///

25   ///

26   ///

27   ///

28   ///

1   As set forth in an accompanying order, the Court finds that compelling

2 circumstances justify the filing of the Supplemental Medical Records under seal.

3   IT IS SO ORDERED.

4 Dated:  August 6, 2020

5

6               _____

                MORRISON C. ENGLAND, JR

7                SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28